FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>SUE HUBBARD,<br><br>　　　　　Respondent. | Case No. CV 07-3571-AHM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge. (But see pp. 7, 9, 10, 11.) [initials]

///
///
///

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Report and Recommendation; and (2) granting Respondent's Motion to Dismiss;
3  and (3) directing that Judgment be entered denying the Petition and dismissing this
4  action with prejudice.

5  DATED: June 19, 2008

   _____
   HONORABLE A. HOWARD MATZ
   United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge