FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>Petitioner,<br><br>vs.<br><br>SUE HUBBARD,<br><br>Respondent. | Case No. CV 07-3571-AHM (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 19, 2008

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge